# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THOMAS MATTHEWS,

      Plaintiff,

v.                                Case No. 6:25-cv-1117-JSS-NWH

SPARTAN SOLAR, LLC,

      Defendant.

_____/

## DEFENDANT SPARTAN SOLAR, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Spartan Solar, LLC ("Spartan Solar"), by and through its undersigned counsel, files this Answer and Affirmative Defenses in response to Plaintiff Thomas Matthew's ("Plaintiff's" Complaint and states as follows:

1. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

2. Denied.

### Jurisdiction and Venue

3. Admitted.

4. Admitted.

### Parties

5. Spartan Solar lacks knowledge or information sufficient to form a belief

about the truth of this allegation, therefore it is denied.

6.     Admitted that Defendant is a limited liability company. The remainder of this allegation is denied.

## Factual Allegations

7.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

8.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

9.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

10.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

11.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

12.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

13.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

14.     Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

15. Denied.

16. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

17. Denied.

18. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

19. Denied.

20. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

21. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

22. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

23. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

24. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

25. Spartan Solar lacks knowledge or information sufficient to form a belief about the truth of this allegation, therefore it is denied.

26. Denied.

27.   Admitted that screenshots are attached to Plaintiff's complaint. The remainder of this allegation is denied. Spartan Solar is not "Nexus Solar" and there is nothing in the screenshots linking that entity to Spartan Solar.

28.   Denied.

29.   Denied.

30.   Without knowledge, but denied that Spartan Solar called Plaintiff as alleged.

31.   Without knowledge, but denied that Spartan Solar called Plaintiff as alleged.

32.   Denied

33.   Denied, and denied that Spartan Solar called Plaintiff as alleged.

**Class Action Allegations**

34.   The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

35.   The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

36.   The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

37.   The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

38. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

39. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

40. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

41. Denied.

42. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

43. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

44. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

45. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

46. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

47. The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

48. The allegations set forth in this paragraph state a legal conclusion. To

the extent this paragraph requires an answer, it is denied.

49.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

50.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

51.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

52.    The allegations set forth in this paragraph and its subparts state a legal conclusion. To the extent this paragraph and its subparts require an answer, they are denied.

53.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

54.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

55.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

56.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

57.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

58.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

59.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

60.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

61.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

**Count I**
**Violation of 47 U.S.C. § 227(c)(5)**

62.    Spartan Solar incorporates its answers and denials set forth in the foregoing paragraphs as if fully rewritten here.

63.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

64.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

65.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

66.    The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

67.    The allegations set forth in this paragraph state a legal conclusion. To

the extent this paragraph requires an answer, it is denied.

68.     The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

69.     The allegations set forth in this paragraph state a legal conclusion. To the extent this paragraph requires an answer, it is denied.

## Prayer for Relief

Spartan Solar further denies that Plaintiff is entitled to any of the relief requested in its Prayer for Relief.

## SPARTAN SOLAR'S AFFIRMATIVE DEFENSES

1.     Plaintiff's claim is barred in whole or in part because he provided Spartan Solar with express consent to contact him via phone and text message.

2.     Plaintiff has waived his claim in whole or in part. Specifically, Plaintiff waived any claim related to Spartan Solar contacting him via phone or text message by engaging with the alleged caller and encouraging further communication.

3.     Plaintiff is estopped from bringing his claim in whole or in part. Specifically, Plaintiff is estopped from bringing any claim related to Spartan Solar contacting him via phone or text message because he engaged with the alleged caller and encouraged further communication.

4. Plaintiff fails to state a claim against Spartan Solar insofar as Plaintiff does not identify any impermissible call, text or other communication by Spartan Solar to Plaintiff.

5. Plaintiff has not sustained or suffered any damages of any kind based on any act of the Spartan Solar.

6. Spartan Solar reserves the right to raise additional affirmative defenses as further discovery warrants.

Dated this 11th day of August 2025.

Respectfully submitted,

*/s/ E. Dylan Rivers*
E. DYLAN RIVERS
Florida Bar No. 0669555
ALEXANDER J. LENK
Florida Bar No. 1026809
Ausley McMullen
Post Office Box 391
Tallahassee, Florida 32302
(850) 224-9115
Fax: (850) 222-7560
drivers@ausley.com
alenk@ausley.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered electronically via the Court's ECF system on the 11th day of August 2025 to:

9

Avi R. Kaufman (FL Bar no. 84382) (Lead Counsel)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Counsel for Plaintiff and the proposed Class*

*/s/ E. Dylan Rivers*
Attorney
